**Abatement Order filed January 3, 2019**



**In The**

# Fourteenth Court of Appeals

## NO. 14-18-00741-CV

### IN RE SCOTT M. CLEARMAN, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 461,672**

## MEMORANDUM OPINION

On Friday, August 24, 2018, relator Scott M. Clearman filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel respondent, the Honorable Loyd Wright, presiding judge of Probate Court No. 1 of Harris County, to vacate his orders of July 10, 2018, and August 2, 2018, regarding relator's motion to quash.

Respondent ceased to hold the office of Judge of Probate Court No. 1 of Harris County, Texas, after the institution of this action. Therefore, we are required to abate

this mandamus proceeding to permit respondent's successor, the **Honorable Jerry Simoneaux**, to reconsider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b).

This mandamus proceeding is abated until **<u>February 4, 2019</u>**, by which time Judge Simoneaux shall advise this court of the action taken on relator's request. This court will then consider a motion to reinstate or dismiss this proceeding, as appropriate.

PER CURIAM